# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D2023-0125

———————————————————

ARTRELL LEE MANUEL,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

July 23, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.